VERNON RAY CLINNARD v. THE STATE.

No. 19894.  Delivered November 9, 1938.

The opinion states the case.

*W. A. McIntosh,* of Gilmer, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is selling whisky in a dry area; the punishment, a fine of $100 and confinement in jail for thirty days.

The statement of facts does not appear to have been filed in the trial court. Hence it is not entitled to consideration.

We are unable to appraise the bills of exception in the absence of a statement of facts.

The judgment is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.